# United States Court of Appeals
## For the First Circuit

_____

No. 15-2553

EDWARD F. GRODEN, FUND MANAGER OF THE NEW ENGLAND TEAMSTERS AND TRUCKING INDUSTRY PENSION FUND,

Plaintiff, Appellant,

v.

N&D TRANSPORTATION COMPANY, INC.; LAURENT J. DUHAMEL; ELIZABETH A. DUHAMEL; JED REALTY ASSOCIATES, LLC,

Defendants, Appellees.

_____

**JUDGMENT**

Entered: August 2, 2017

This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The district court's denial of the motion for relief from judgment and/or motion to amend the judgment is vacated, and the matter is remanded for further proceedings consistent with the opinion issued this day. Costs are awarded to appellant.

By the Court:

/s/ Margaret Carter, Clerk

cc:
Hon. Rya W. Zobel
Robert Farrell, Clerk, United States District Court for the District of Massachusetts
Robert Allen Mitson
Oleg Nikolyszyn
Catherine M. Campbell
Melissa Ann Brennan